# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:07CV41

| | |
|---|---|
| MIDSTATE MILLS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WEDLOCK PAPER CONVERTERS ) | |
| LIMITED, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Certification and Report of Initial Attorneys Conference (Document #4) filed jointly by the parties in this matter on June 1, 2007. The Court conducted a telephonic Initial Pretrial Conference with counsel for the parties on June 21, 2007 during which counsel discussed their desire to postpone the issuing of a scheduling order in the case to allow for early mediation in an effort to resolve the matter. The parties are currently scheduled to proceed to mediated settlement conference with mediator, Bob Beason, on September 5, 2007.

The Court commends counsel for their early efforts to resolve this matter and accepts their recommendation that a scheduling order not be entered at this time. If the parties do not resolve the matter at the September 5, 2007 mediation, counsel for the parties are directed to reconvene by on or before September 19, 2007 to formulate a formal plan for conducting discovery on all issues in the case. Based on this meeting, counsel shall file with the Court an Amended Certification and Report of Initial Attorney's Conference by on or before September 26, 2007. Upon that filing, the Court in its discretion will either enter based thereon a Pretrial Order and Case Management Plan or schedule a second Initial Pretrial Conference to discuss the matter further.

**SO ORDERED.**

Signed: June 21, 2007

David C. Keesler
United States Magistrate Judge